**DEVIAN DANIELS, ESQ.**
**ATTORNEY AT LAW**
90-04 161 STREET SUITE 308
JAMAICA, NEW YORK 11432
TEL: 718-523-7121
FAX: 718-739-8505

May 18, 2012

**VIA FASCIMILE (718) 613-2355**
Magistrate Judge Roanne Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>US v. Devon Daniels</u><br>1:12-mj-00463-LB

Dear Magistrate Judge: *(once per week, with advance notice to PTSA)*

As you may know, I represent Devon Daniels, the above-referenced Defendant. I am writing to request a bond modification. The modification is to permit Devon to attend weekly religious services at New Life Fellowship. New Life Fellowship is located at 82-10 Queens Boulevard Elmhurst, New York 11373.

It is also to allow Devon to attend his mother's retirement party on Saturday May 26, 2012 at Eastwood Manor, 3371 Eastchester Road, Bronx, NY 10469 between 2-8pm.

All parties consent. Thank you for attending to this matter.

Sicerely,

Devian Daniels, Esq.

Cc: Brendan King, Esq.

*Application granted, on the condition noted above.*

**SO ORDERED:**
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 5/18/12