**DEVIAN DANIELS, ESQ.**
**ATTORNEY AT LAW**
**90-04 161 STREET SUITE 308**
**JAMAICA, NEW YORK 11432**
**TEL.: (718) 523-7121**

June 29, 2012

<u>Via Fascimile 718-613-2623</u>
Arraignment Clerk
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                US v. Devon Daniels
                1:12-mj-00463-LB

Dear Magistrate Judge:

    As you may know, I represent Devon Daniels, the above-referenced Defendant. I am writing to request a bond modification. The modification is to permit Devon to attend a graduation BBQ on June 30, 2012 between the hours of 3pm and 8pm. The BBQ is in honor of Devon's niece who graduated from Woodlands High School and will be held at Devon's sister's backyard in White Plains, New York. I have provided both the government and PreTrial Services with the names of the niece and sister, as well as the address of the BBQ. As per their request, I have also provided PreTrial Services with a copy of the Woodlands High School diploma of Devon's niece.

    Both the government and PreTrial Services consent. The government consented on 06/27/12; PreTrial Services consented this morning.

Sincerely,

*[signature]*

Devian Daniels, Esq.

*[handwritten: Application granted, So Ordered.]*

*[handwritten: 6/29/12]*